No. D–395. IN RE DISBARMENT OF SHAPIRO. It is ordered that Stanley Charles Shapiro, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–2056. ESCONDIDO MUTUAL WATER CO. ET AL. *v.* LA JOLLA BAND OF MISSION INDIANS ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 913.] Motion of the Solicitor General to permit divided argument on behalf of petitioners and on behalf of respondents granted.

No. 83–185. COOPER ET AL. *v.* FEDERAL RESERVE BANK OF RICHMOND. C. A. 4th Cir. [Certiorari granted, *ante,* p. 932.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–620. UNITED STATES *v.* RODGERS. C. A. 8th Cir. [Certiorari granted, *ante,* p. 1007.] Motion for appointment of counsel granted, and it is ordered that Albert N. Moskowitz, Esquire, of Kansas City, Mo., be appointed to serve as counsel for respondent in this case.

No. 83–802. BURLINGTON NORTHERN RAILROAD CO. ET AL. *v.* LENNEN, SECRETARY OF REVENUE OF KANSAS, ET AL. C. A. 10th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 83–851. SOUTH STREET SEAPORT MUSEUM, AS OWNER OF THE BARK PEKING *v.* MCCARTHY ET AL. C. A. 2d Cir. Motion of National Maritime Historical Society et al. for leave to file a brief as *amici curiae* granted.